COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Monica Hardaway and Glenn Hardaway

Appellate case number:   01-17-00880-CV

Trial court case number:  17-CCV-059731

Trial court:            County Court at Law No. 4 of Fort Bend County

Relators, Monica Hardaway and Glenn Hardaway, have filed a petition for a writ of mandamus seeking to vacate the trial court's judgment in a forcible detainer proceeding. The proceeding was stayed because court records reflected that Glenn Hardaway had filed a petition for relief under Chapter 7 of Title 11, United States Code, in Case 17-35017, in the United States Bankruptcy Court for the Southern District of Texas. *See* 11 U.S.C. § 362(a) (providing filed bankruptcy petition operates as automatic stay of actions against debtor or debtor's property); *see also* TEX. R. APP. P. 8.2 (providing bankruptcy suspends appeal). The bankruptcy court has signed an order "lift[ing] the automatic stay to allow for the completion of any pending or future litigation (including any appeals) to determine title to and possession of the property" at issue in this proceeding. *In re Hardaway*, Case No. 17-35017 (Bankr. S.D. Tex. Jan. 8, 2018) (order). And, relators have filed a motion to reinstate their petition and "sever the [proceeding] with respect to the bankrupt party, Glenn Hardaway." *See* TEX. R. APP. P. 8.3. We **grant** relators' motion to reinstate, **reinstate the proceeding** on the Court's docket, and **dismiss as moot** the motion to sever the proceeding as to Glenn Hardaway.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                       ☑ Acting individually    ☐ Acting for the Court

Date: January 26, 2018